ANDERSON ET AL., APPELLEES, *v.* SOLYS, APPELLANT.

[Cite as Anderson *v.* Solys (1986), 28 Ohio St. 3d 301.]

(No. 85-856—Decided December 22, 1986.)

*Williams, Jilek & Lafferty Co., L.P.A.,* and *Drew R. Masse,* for appellees.

*Jones, Schell & Schaefer, Willis P. Jones, Jr.* and *Sandra E. Plunkett,* for appellant.

The judgment in this cause, having been certified by the court of appeals in case No. L-84-359 as being in conflict with *Wainstein* v. *Univ. Hospitals of Cleve.* (Apr. 14, 1985), Cuyahoga App. No. 48788, unreported, is hereby affirmed on authority of *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.